# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wilbur Sargeant,<br><br>    Plaintiff,<br><br>v.<br><br>Blue Stream Professional Services LLC,<br><br>    Defendant. | No. CV-16-01190-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' stipulation of dismissal (Doc. 18) and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 28th day of July, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge